Henry J. Hoyt, Appellee, v. Grundy Service
Company and Earlyn Hill, Appellants.

Gen. No. 9,989.

opinion filed February 8, 1945; released for
publication February 26, 1945. Arley Munts, for appellants; S. J.
Holderman and Warren E. Bull, for appellee. Opinion by JUSTICE
HUFFMAN. Not to be published in full.

Michael Weinhouse, Appellant, v. Frederick W.
Woodruff et al., Appellees.

Gen. No. 9,983.

opinion filed February 8, 1945; released for
publication March 7, 1945. Irving Eisenberg and Sidney E. Baskin,
for appellant; Edward Corlett, for certain appellee; Donovan, Bray and
Gray, for certain other appellees. Opinion by JUSTICE HUFFMAN. Not
to be published in full.